ACCEPTED
06-16-00123-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2016 3:16:05 PM
DEBBIE AUTREY
CLERK

No. 2015-F-00295
2015-F-00296

| | | |
|---|---|---|
| STATE OF TEXAS, | § | IN THE 5TH DISTRICT |
| *Plaintiff* | § | |
| | § | |
| VS. | § | COURT OF |
| | § | |
| THOMAS EARL NARD, | § | |
| *Defendant* | § | CASS COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2016 3:16:05 PM
DEBBIE AUTREY
Clerk

## DEFENDANT'S NOTICE OF APPEAL

1. *Notice of Appeal.* Pursuant to Texas Rule of Appellate Procedure 25.2, Defendant, Thomas Earl Nard, gives notice of his desire to appeal from the Judgment and resulting sentence (and all orders leading thereto) on June 23, 2016, in cause numbers 2015-F-00295 and 2015-F-00296, *The State of Texas v. Thomas Earl Nard*, in the 5th District Court of Cass County, Texas to the Sixth District Court of Appeals in Texarkana, Texas.

2. *Timely.* Notice of appeal is due thirty (30) days after the order appealed. *See* Tex. R. App. Pro. 26.2(a). The notice of appeal is, therefore, due by July 23, 2016 and is timely filed.

3. *Certification of Right.* The trial court judge has certified his right appeal on July 6, 2016. *See* Tex. R. App. P. 25.2(a)(2).

Respectfully Submitted,

**_Miller, James, Miller & Hornsby, L.L.P._**

By: _____
    Troy Hornsby
    Texas State Bar Number 00790919

1725 Galleria Oaks Drive
Texarkana, Texas 75503
troy.hornsby@gmail.com
903.794.2711, f. 903.792.1276

Attorney for Defendant/Appellant
Thomas Earl Nard

## CERTIFICATE OF SERVICE

This is to certify that on July 6, 2016 a true and correct copy of the above and foregoing *Defendant's Notice of Appeal* has been forwarded by U.S. mail on all counsel of record and other interested parties listed below:

**Appellant**
Thomas Earl Nard
Harrison County Jail
P. O. Drawer R
Marshall, Texas 75671

**State's Attorney**
Courtney Shelton
Cass County Assistant District Attorney
P. O. Box 839
Linden, Texas 75563

**Trial Court Judge**
Hon. Bill Miller
5th District Judge
710 James Bowie Drive
New Boston, Texas 75570

**Defendant's Trial Attorney**
Rick Shelton
*Stovall & Shelton*
408 E. First Street
Hughes Springs, Texas 75656

Troy Hornsby